# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                          Chapter 13

                                          Bankruptcy No. 19-13096-MDC

MICHAEL J BUSH

614 WOODLAND AVENUE

CHELTENHAM, PA 19012-

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
MICHAEL J BUSH

614 WOODLAND AVENUE

CHELTENHAM, PA 19012-

**Counsel for debtor(s), by electronic notice only.**
JOHN L. MCCLAIN
JOHN L MCCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

                                       /s/ William C. Miller

Date: 7/31/2019

                                       _____

                                         William C. Miller, Esquire
                                         Chapter 13 Standing Trustee