**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              : Chapter 13
    Bush, Michael J
    Debtor                                     : 19-13096

**AMENDED**
**ORDER DIRECTING EMPLOYER* TO MAKE WAGE**
**DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:**
**Septa**
**Attention: Payroll Depart**
**1234 Market Street: 8th Floor**
**Philadelphia, PA 19107**

Re:    **Bush, Michael J**
SSN:   xxx-xx-2986

The future earnings of the above named debtor Bush, Michael J, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's chapter 13 plan,

**It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$265.00 for 8 months (Started Back on June 1, 2019), and as of this February 1, 2020, the payment shall increase to $365 per month for a total of 52 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

**$265.00 for 8 months (Started Back on June 1, 2019), and as of this February 1, 2020, the payment shall increase to $365 per month for a total of 52 months to:** William C. Miller, Trustee, P.O. Box 1799, Memphis, TN  38101-1799

BY THE COURT:_____
                      Magdeline D. Coleman
                      Chief U.S. Bankruptcy Judge

January 23, 2020

Septa
Attention: Payroll Depart
1234 Market Street: 8th Floor
Philadelphia, PA 19107

Bush, Michael J
614 Woodland Ave
Cheltenham, PA 19012

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123