United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael J Bush  
    Debtor

Case No. 19-13096-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 1      Date Rcvd: Jan 23, 2020  
                        Form ID: pdf900      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2020.  
db          +Michael J Bush,  614 Woodland Avenue,  Cheltenham, PA 19012-2124  
             +Septa,  Attn: Payroll Dept.,  1234 Market Street, 8th Floor,  Philadelphia, PA 19107-3701

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 24 2020 03:06:37  
            Pennsylvania Department of Revenue,  Bankruptcy Division,  P.O. Box 280946,  Harrisburg, PA 17128-0946

                                                                                                TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2020 at the address(es) listed below:  
          JOHN L. MCCLAIN    on behalf of Debtor Michael J Bush aaamcclain@aol.com, edpabankcourt@aol.com  
          KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                   TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  : Chapter 13
    Bush, Michael J
    Debtor                           : 19-13096

### AMENDED
### ORDER DIRECTING EMPLOYER* TO MAKE WAGE DEDUCTIONS FOR REMITTANCE TO TRUSTEE

**TO EMPLOYER:**
Septa
Attention: Payroll Depart
1234 Market Street: 8th Floor
Philadelphia, PA 19107

Re:   **Bush, Michael J**
SSN:  xxx-xx-2986

The future earnings of the above named debtor Bush, Michael J, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's chapter 13 plan,

**It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$265.00 for 8 months (Started Back on June 1, 2019), and as of this February 1, 2020, the payment shall increase to $365 per month for a total of 52 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

**$265.00 for 8 months (Started Back on June 1, 2019), and as of this February 1, 2020, the payment shall increase to $365 per month for a total of 52 months to:** William C. Miller, Trustee, P.O. Box 1799, Memphis, TN 38101-1799

BY THE COURT: _Magdeline D. Coleman_ (signature)
                Magdeline D. Coleman
                Chief U.S. Bankruptcy Judge

January 23, 2020

Septa
Attention: Payroll Depart
1234 Market Street: 8th Floor
Philadelphia, PA 19107

Bush, Michael J
614 Woodland Ave
Cheltenham, PA 19012

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123