**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                : Chapter 13

**Bush, Michael J**

      **Debtor**

                      :    19-13096

**CERTIFICATE OF SERVICE OF
DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN**

I certify that on <u>January 21, 2020</u> the standing trustee and all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition and from the claims docket were served a copy of the Debtor's FIRST Amended Chapter 13 Plan either by way of ECF or by first class regular U.S. mail.

Dated:<u>February 25, 2020</u>

                                              <u>_"/s/"Mitchell J. Prince</u>
                                              John L. McClain, Esquire
                                              Mitchell J. Prince, Esquire
                                              Attorneys for debtor

John L. McClain and Associates
PO Box 123
Narberth, PA 19072