United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-13096-mdc
Michael J Bush                                                            Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Apr 23, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2020.
db              +Michael J Bush,    614 Woodland Avenue,    Cheltenham, PA 19012-2124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2020 at the address(es) listed below:
          HAROLD N. KAPLAN    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
           hkaplan@rasnj.com
          JOHN L. MCCLAIN    on behalf of Debtor Michael J Bush aaamcclain@aol.com,  edpabankcourt@aol.com
          KEVIN G. MCDONALD    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                      TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    : Chapter 13
   Bush, Michael J

         Debtor                    :  19-13096


**ORDER FOR ALLOWANCE OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**


AND NOW, this __23rd__ day of ___April___, 2020, upon consideration of the
Application for allowance of Compensation and Reimbursement of Expenses
filed by Debtor's counsel, IT IS HEREBY

   **ORDERED** that the Application is granted and compensation of $5,915.00
and $0.00 in expenses are **ALLOWED,** and  the unpaid balance of $5,915.00
and $0.00 shall be paid through debtor's Chapter 13 Plan through the office of
the Chapter 13 trustee as an administrative priority expense, to the extent
provided for by the Debtor's confirmed plan.


_Magdeline D. Coleman_
_____
Magdeline D. Coleman
CHIEF U.S. BANKRUPTCY JUDGE