**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael J. Bush                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 19-13096 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing and index same on the master mailing list.

                                                            Respectfully submitted,

                                          /s/ *Rebecca Solarz*
                                          Rebecca Solarz
                                          23 Nov 2020, 11:40:29, EST

                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322