**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          : Chapter 13

**Bush, Michael J**

                                             :          19-13096

   **Debtor**

## CERTIFICATE OF SERVICE

    I certify that on  May 17, 2021 ,  the standing trustee, Chapter 13 trustee and all creditors of the debtor that have requested a copy of the same served  a copy of the "Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan" either by ECF or by first class regular U.S. mail.

Dated: May 17, 2021

                   _"/s/"Mitchell J. Prince
                   John L. McClain, Esquire
                   Mitchell J. Prince, Esquire
                   Attorneys for debtor

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123