United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michael J Bush  
    Debtor

Case No. 19-13096-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 08, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael J Bush, 614 Woodland Avenue, Cheltenham, PA 19012-2124 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HAROLD N. KAPLAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com |
| JOHN L. MCCLAIN | on behalf of Debtor Michael J Bush aaamcclain@aol.com edpabankcourt@aol.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| MICHAEL J. SHAVEL | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mshavel@hillwallack.com ldejesus@hillwallack.com;lharkins@hillwallack.com |
| REBECCA ANN SOLARZ | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 08, 2021 | Form ID: pdf900 | Total Noticed: 1

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
Bush, Michael J

Debtor : 19-13096

ORDER FOR ALLOWANCE OF SUPPLEMENTAL COMPENSATION
AND REIMBURSEMENT OF EXPENSES

AND NOW, to wit, this __8th__ day of _____July_____ 2021, upon consideration of the foregoing Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation, IT IS HEREBY

ORDERED that the Application is granted and, further, the unpaid balance of $2,550.00 of the legal fees and incurred expenses shall be paid through debtor's Chapter 13 Plan/by debtor through the office of the Chapter 13 trustee as an administrative priority expense.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge