**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    Bush, Michael J             : Chapter 13
    Debtor                        : 19-13096

**CERTIFICATE OF SERVICE**

    I certify that copies of the **Debtor's Motion to Approve Mortgage Modification, proposed Order and Notice of hearing** were served upon the parties listed below, by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means on December 1, 2022.

                          "/s/"Mitchell J.Prince
                          John L. McClain, Esquire
                          Mitchell J. Prince, Esquire
                          Attorneys for debtor

Kenneth E. West, Trustee
P.O. Box 40119
Philadelphia, PA 19106

NewRez LLC d/b/a/ Shellpoint Mortgage Servicing
55 Beattle Place, Suite 110 (MS 157)
Greenville, SC 29601

NewRez LLC d/b/a Shellpoint
Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

Shellpoint Mortgage Servicing
c/o MCCALLA RAYMER LEIBERT
PIERCE, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076

NewRez LLC d/b/a/ Shellpoint Mortgage Servicing
attn: Ms. Vard Chamesian, Legal Assistant varchamesian@raslg.com and Charles Wohlrab, Esq. Email: CWohlrab@raslg.com
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097A

Bush, Michael J
614 Woodland Ave
Cheltenham, PA 19012