## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Bush, Michael J | : |
| | : 19-13096 |
| Debtor | : |

### ORDER

**AND NOW,** upon consideration of the Debtor's Second Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Second Modified Chapter 13 Plan (Third Amended) is **APPROVED**.


**Date:** February 19, 2023

_____
**Magdeline D. Coleman**
**CHIEF U.S. BANKRUPTCY JUDGE**