Certificate Number: 03088-PAE-DE-038068771

Bankruptcy Case Number: 19-13096



03088-PAE-DE-038068771

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 4, 2024, at 6:50 o'clock AM CST, Michael J Bush completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 4, 2024

By: /s/Ana  Avalos

Name: Ana  Avalos

Title: Counselor