United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-13096-mdc
Michael J Bush  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 3
Date Rcvd: Jan 04, 2024 | Form ID: 138OBJ | Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael J Bush, 614 Woodland Avenue, Cheltenham, PA 19012-2124 |
| 14330593 | + | Ditech Financial LLC, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14323849 | | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |
| 14323850 | #+ | John L. McClain and Associates, PC, PO Box 123, Narberth, PA 19072-0123 |
| 14563713 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14621081 | + | NewRezLLC, dba Shellpoint Mortgage Servicing, c/o Michael J. Shavel, Esquire,, 777 Township Line Rd, Suite 250, Yardley, PA 19067-5565 |
| 14323855 | + | RAS Citron LLC, 133 Gaither Drive, Ste F, Mount Laurel, NJ 08054-1710 |
| 14323857 | | Tbom/tfc, Po Box 13306, Virginia Beach, VA 23464 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 05 2024 07:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 05 2024 07:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14337494 | | Email/PDF: bncnotices@becket-lee.com | Jan 05 2024 11:04:10 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14323846 | + | Email/PDF: bncnotices@becket-lee.com | Jan 05 2024 11:04:02 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14323847 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 05 2024 12:29:53 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14325285 | + | Email/Text: bankruptcy@cavps.com | Jan 05 2024 07:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14331572 | | Email/Text: mrdiscen@discover.com | Jan 05 2024 07:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14323848 | + | Email/Text: mrdiscen@discover.com | Jan 05 2024 07:39:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14323851 | ^ | MEBN | Jan 05 2024 05:29:44 | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |

Case 19-13096-mdc   Doc 114   Filed 01/06/24   Entered 01/07/24 00:31:07   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 04, 2024 | Form ID: 138OBJ | Total Noticed: 32 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14575608 | | Email/Text: BankruptcyECFMail@mccalla.com | Jan 05 2024 07:39:00 | Shellpoint Mortgage Servicing, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14323852 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 05 2024 07:39:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14358622 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 05 2024 07:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14476835 | | Email/Text: mtgbk@shellpointmtg.com | Jan 05 2024 07:39:00 | NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14823993 | + | Email/Text: RASEBN@raslg.com | Jan 05 2024 07:39:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o MICHELLE L. MCGOWAN, Robertson, Anschutz, Schneid,, Crane & Partners PLLC, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14563448 | ^ | MEBN | Jan 05 2024 05:29:44 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14736889 | + | Email/Text: RASEBN@raslg.com | Jan 05 2024 07:39:00 | Newrez LLC dba, Shellpoint Mortgage Servicing, c/o Charles Wohlrab,Esq., 130 Clinton Rd #202, Fairfield NJ 07004-2927 |
| 14323853 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 05 2024 07:39:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14360966 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2024 12:55:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14323854 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2024 11:04:03 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14736688 | + | Email/Text: RASEBN@raslg.com | Jan 05 2024 07:39:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14323856 | + | Email/Text: RASEBN@raslg.com | Jan 05 2024 07:39:00 | Robertson, Anschutz & Schneid, P.L., 6409 CONGRESS AVE STE 100, BOCA RATON, FL 33487-2853 |
| 14324562 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 05 2024 11:04:19 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14333559 | | Email/Text: tidewaterlegalebn@twcs.com | Jan 05 2024 07:39:00 | Tidewater Finance Company, PO Box 13306, Chesapeake, VA 23325 |
| 14327115 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jan 05 2024 10:53:46 | U.S. Department of Housing and Urban Development, 451 7th. Street S.W., Washington, DC 20410-0002 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14575892 | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Shellpoint Mortgage Servicing, c/o MCCALLA RAYMER LEIBERT PIERCE, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14360961 | ## | Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 04, 2024 | Form ID: 138OBJ | Total Noticed: 32 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2024                              Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkecf@friedmanvartolo.com |
| HAROLD N. KAPLAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com |
| JOHN L. MCCLAIN | on behalf of Debtor Michael J Bush aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| JOSHUA I. GOLDMAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing Josh.Goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| MICHAEL J. SHAVEL | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mshavel@hillwallack.com ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing mimcgowan@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Michael J Bush

        Debtor(s)          Case No: 19−13096−mdc

                         Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                   Suite 400
             Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/4/24

113 − 107
Form 138OBJ